**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7785**

MICHAEL P. GRAFMULLER,

             Petitioner - Appellant,

        v.

JOSEPH WEGNER, Director, Air Force Corrections,

             Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:13-cv-00050-RAJ-DEM)

Submitted: March 27, 2014          Decided:  May 9, 2014

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael P. Grafmuller, Appellant Pro Se.  Joel Eric Wilson, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P. Grafmuller appeals from the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition challenging his military convictions. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Grafmuller v. Wegner, No. 2:13-cv-00050-RAJ-DEM (E.D. Va. filed Sept. 5, 2013; entered Sept. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED